E-FILED
Monday, 13 July, 2026 01:09:16 PM
Clerk, U.S. District Court, ILCD

# Exhibit 1

**CONSENT TO JOIN**
**PURSUANT TO 29 U.S.C. §216(b)**

1. I, Brenden Clanton, hereby consent and agree and opt-in to become a plaintiff collective member in a lawsuit or arbitration brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et seq.* against my current/former employer, **DOT Foods**, and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives.

2. I hereby agree to be bound by any adjudication of this action by the Court or arbitrator, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by the Representative Plaintiff and my attorneys. I also understand that settlement may be subject to approval by the Court or an arbitrator, to which I similarly agree to be bound.

DATE: 06/01/2026 SIGNATURE: ____________

Brenden Clanton
PRINTED NAME