E-FILED
Wednesday, 05 August, 2026 04:06:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| BRENDEN CLANTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOT FOODS, INC.,<br><br>Defendant. | ) | Case No. 3:26-cv-03223-SEM-DJQ |

**DEFENDANT'S CONSENTS MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant DOT Foods, Inc. ("Defendant") hereby requests a 30-day extension of time, up to and including September 7, 2026, for Defendant to answer or otherwise plead in response to Plaintiff's Complaint. Plaintiff consents to this request. In support of this motion, Defendant states as follows:

1. Plaintiff filed his Complaint with this Court on July 13, 2026. ECF No. 1.

2. Plaintiff served Defendant on July 16, 2026. Accordingly, Defendant's current deadline to respond to Plaintiff's Complaint is August 6, 2026.

3. Counsel for Defendant and counsel for Plaintiff have met and conferred regarding this extension. Plaintiff has consented to the requested extension.

4. Therefore, Defendant requests an unopposed extension of time until and including September 7, 2026, for Defendant to respond to Plaintiff's Complaint.

5. This extension will not unfairly prejudice Plaintiff or delay this matter.

6. No previous extensions of time to answer or otherwise respond have been sought or granted in this matter.

7. This motion is made without prejudice to any and all defenses, objections, or motions that may be available to Defendant in response to Plaintiff's Complaint, and Defendant expressly reserves all such rights.

WHEREFORE, Defendant DOT Foods, Inc. respectfully requests that this Court extend the deadline to file a responsive pleading in this matter, up to and including September 7, 2026, and grant any other and further relief this Court deems appropriate.

Dated: August 5, 2026

s/ *Jennifer L. Ralph*___

Jennifer L. Ralph, Esq.
IL Bar#: 6327471
120 South Riverside Plaza
Suite 2200
Chicago, IL 60606
Phone: (312) 526-1551
Fax: (312) 655-1501
jennifer.ralph@huschblackwell.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was electronically filed and served on all counsel of record via the Court's electronic filing system and thereby served upon the following on this 5th day of August 2026:

Robi J. Baishnab
Nilges Draher LLC
700 W St. Clair Ave.
Suite 320
Cleveland, OH 44113

*Attorney for Plaintiff*

/s/ Jennifer L. Ralph_