E-FILED
Friday, 04 September, 2026 05:04:00 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| BRENDEN CLANTON, individually and on behalf of all others similarly situated, | § | |
| Plaintiff, | § | Case No. 3:26-cv-03223-SEM-DJQ |
| v. | § | JURY DEMANDED |
| DOT FOODS, INC., | § | |
| Defendant. | § | |

**DEFENDANT'S SECOND CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant DOT Foods, Inc. ("Defendant") hereby requests a 30-day extension of time, up to and including October 8, 2026, for Defendant to answer or otherwise plead in response to Plaintiff's Complaint. Plaintiff consents to this request. In support of this motion, Defendant states as follows:

1. Plaintiff filed his Complaint with this Court on July 13, 2026. ECF No. 1.

2. Plaintiff served Defendant on July 16, 2026.

3. Defendant filed a Consent Motion for Extension of Time to Answer or Otherwise Respond to the Complaint on August 5, 2026. ECF No. 4.

4. The Court granted Defendant's Consent Motion on August 5, 2026, thereby making the deadline for Defendant to answer or otherwise plead September 7, 2026. ECF No. 5.[1]

5. Since the time of the first extension request, counsel for Defendant and counsel for Plaintiff have continued to discuss this case and have agreed that an additional thirty (30)

[1] September 7, 2026, is Labor Day, a federal holiday. Because the original deadline fell on a legal holiday, the deadline to respond is extended to the next business day pursuant to Fed. R. Civ. P. 6(a)(1)(C).

days to the responsive pleading deadline will allow the parties to continue those discussions.

6. Therefore, Defendant requests an unopposed extension of time until and including October 8, 2026, for Defendant to respond to Plaintiff's Complaint.

7. This extension will not unfairly prejudice Plaintiff or delay this matter.

8. This motion is made without prejudice to any and all defenses, objections, or motions that may be available to Defendant in response to Plaintiff's Complaint, and Defendant expressly reserves all such rights.

9. WHEREFORE, Defendant DOT Foods, Inc. respectfully requests that this Court extend the deadline to file a responsive pleading in this matter, up to and including October 8, 2026, and grant any other and further relief this Court deems appropriate.

Respectfully submitted,

*/s/ Jennifer L. Ralph*

Jennifer L. Ralph
IL State Bar No. 6327471
Jennifer.ralph@huschblackwell.com
**HUSCH BLACKWELL LLP**
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500 Phone – Main
(312) 655-1501 Facsimile

**ATTORNEY FOR DEFENDANT
DOT FOODS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all counsel of record via the Court's ECF E-filing system and/or Electronic Mail.

*/s/ Jennifer L. Ralph*
Jennifer L. Ralph